**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BREON CAMP,<br><br>                         Plaintiff,<br><br>v.<br><br>LEXISNEXIS CONSUMER CENTER, TRANSUNION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                         Defendants. | Case No. 2:21-cv-01188-GMN-EJY<br><br>**UNOPPOSED MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Pro Se, Breon Camp ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union"), hereby file this Unopposed Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1. On September 15, 2021, Plaintiff filed his Complaint. Trans Union was served with Plaintiff's Complaint on October 27, 2021.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 17, 2021.

2. On October 29, 2021, counsel for Trans Union communicated with Plaintiff via telephone regarding an extension within which to file a response to the Complaint, and Plaintiff agreed to the extension.

3. The parties are actively discussing a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

4. Moreover, Trans Union's counsel will need additional time to review the documents and meaningfully respond to the specific allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

5. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 17, 2021. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 11th day of November 2021.

>   QUILLING SELANDER LOWNDS
>   WINSLETT & MOSER, P.C.
>
>   */s/ Jennifer Bergh*
>   Jennifer Bergh
>   Nevada Bar No. 14480
>   2001 Bryan Street, Suite 1800
>   Dallas, Texas 75201
>   Telephone: (214) 560-5460
>   Facsimile: (214) 871-2111
>   jbergh@qslwm.com
>   COUNSEL FOR TRANS UNION LLC

**ORDER**

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this 12th day of November, 2021.

_____
U.S. MAGISTRATE JUDGE

4414351.1

2