AARON D. LANCASTER
Nevada Bar No. 10115
Tele: (470) 832-5586
Fax: (404) 962-6800
aaron.lancaster@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123
*(Nevada Office)*
600 Peachtree St. NE #3000, Atlanta, GA 30308
*(Corporate Office)*

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Breon Camp, <br><br> Plaintiff, <br><br> v. <br><br> LexisNexis Consumer Center; TransUnion; and Equifax Information Services LLC, <br><br> Defendants. | Case No. 2:21-cv-01188-RFB-EJY <br><br> **DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions Inc. ("LNRS")[1] files this Motion to Extend Time to Answer or Otherwise Plead, showing the Court as follows:

1. Plaintiff's Complaint was docketed on September 15, 2021.

2. LNRS was served with the Complaint on February 2, 2022.

3. LNRS's deadline to answer or otherwise respond to Plaintiff's Complaint is February 23, 2022.

---

[1] Plaintiff names "LexisNexis Consumer Center" as the defendant in his Complaint. "LexisNexis Consumer Center" is not a legal entity. Based on the allegations in Plaintiff's Complaint and Plaintiff's service of LNRS (Doc. 19), it appears the proper defendant may be LNRS.

4. The undersigned counsel for LNRS was recently retained in this action. Additional time to respond is necessary to allow LNRS and its counsel to thoroughly investigate the claims and allegations in Plaintiff's Complaint and to formulate an appropriate response to the Complaint.

5. Therefore, LNRS requests an additional thirty (30) days, up to and including March 25, 2022, to formulate a response to Plaintiff's Complaint.

6. Counsel for LNRS conferred with Plaintiff regarding this extension, but Plaintiff did not consent to LNRS's request for an extension.

7. This is the first request by LNRS seeking such an extension.

8. An additional thirty (30) days for LNRS to answer or respond to Plaintiff's Complaint will not prejudice any party. According to the docket, Plaintiff has not yet served all Defendants in this action (Doc. 21).

In consideration of the foregoing, and for good cause, Defendant LexisNexis Risk Solutions Inc. respectfully requests the Court extend the deadline to file an answer or otherwise respond to Plaintiff's Complaint up to and including to March 25, 2022.

Dated this 18th day of February, 2022.

/s/ Aaron D. Lancaster
AARON D. LANCASTER
Nevada Bar No. 10115
Tele: (470) 832-5586
Fax: (404) 962-6800
aaron.lancaster@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE #3000, Atlanta, GA 30308 *(Corporate Office)*

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: February 18, 2022**

- 2 -